IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01780-MEH

CARLOS A. TORALES-GOLDRING,

     Plaintiff,

v.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,

     Defendant.

---

## ORDER CLOSING CASE
---

Before the Court is a Joint Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [filed September 11, 2020; ECF 10]. Pursuant to the Notice, this case is voluntarily **DISMISSED WITH PREJUDICE**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 11th day of September, 2020.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge